UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Sharon Goolsby  : Chapter 13
:
Debtor  : Bankruptcy No. 07-11105

MOTION OF RESURGENT CAPITAL SERVICES LP

BY ITS ATTORNEY-IN-FACT, BRIAN J DILKS OF

DILKS & KNOPIK, LLC,

FOR ORDER DIRECTING PAYMENT OF FUNDS IN COURT REGISTRY

Resurgent Capital Services LP ("the Movant"), by its attorney-in-fact, Brian J Dilks of Dilks & Knopik, LLC., requests that the court enter an order directing the payment of funds held in the court registry, on the following grounds.

1. Movant was a creditor of the Debtor in the above bankruptcy case.

2. Movant was due to receive and the Chapter 13 Trustee did, in fact, make a distribution to the Movant from the estate in the amount of $3,465.00.

3. Movant was not located and the funds of the Movant were paid into the court pursuant to 11 U.S.C. §347.

4. Dividends were not collected by the creditor, LVNV Funding. Resurgent Capital Services LP, as servicer, is authorized to collect on behalf of LVNV Funding LLC, as evidenced by Exhibit A.

5. Pursuant to 11 U.S.C. §347 and chapter 129 of title 28 of the U.S. Code, the Movant requests that the Court issue an Order directing payment to the Movant. Unclaimed funds received 09/14/2011 in the amount of $3,465.00.

6. The Movant further requests that the payment be made in the name of the Movant, Resurgent Capital Services LP. Attached hereto and made a part hereof, marked as Exhibit "A", is a true and correct copy of the Limited Power of Attorney which gives Movant's attorney-in-fact the authority to act on behalf of Movant.

7/27/16

Robert H. Holber, Esquire.
Attorney for Movant
41 East Front Street
Media, PA 19063
(610) 565-5463